UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1286 (JMR/FLN)

Helen L. Williams )
 )
v. ) ORDER
 )
Metris Company, Inc. )

Defendant moves to dismiss this action or, in the alternative, for a more definite statement. In the interim between defendant's filing of the motion and the Court's hearing on the matter, plaintiff filed an amended complaint more fully elucidating her claims. Accordingly, IT IS ORDERED that:

Defendant's motion to dismiss, or in the alternative, for a more definite statement [Docket No. 2], is denied as moot.

Dated: October 4, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED OCT 05 2000
FRANCIS E. [illegible] CLERK
JUDGMENT EN[illegible]
DEPUTY CLE[illegible]