UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Helen L. Williams,

Plaintiff,

vs.

Metris Companies, Inc.

Defendant.

Civil No. 00-CV-1286 (JMR/FLN)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

**STIPULATION**

The above-entitled action having been fully resolved to the parties' satisfaction , it is hereby stipulated by and between the parties hereto that this case may be dismissed on its merits and with prejudice, but without costs to either party.

**BY THE PARTIES:**

Dated: November 28, 2001

Helen L. Williams
1700 Vincent Avenue North
Minneapolis MN 55411
(612) 522-9665

**PLAINTIFF**

Dated: November 29, 2001

Daniel L. Palmquist (#217694)
Susan M. Humiston (#0254289)
Leonard Street And Deinard
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis MN 55402
(612) 335-1500

**ATTORNEYS FOR DEFENDANT**

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

Based on the stipulation of the parties and upon the file, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above-entitled action shall be, and is, dismissed on its merits and with prejudice, but without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Date: December 3rd, 2001

James M. Rosenbaum
Chief Judge of the District Court
District of Minnesota